**Mark SALVADORI, Petitioner**

v.

**WORKERS' COMPENSATION AP-
PEAL BOARD (UNINSURED EM-
PLOYERS GUARANTY FUND AND
FARMERS PROPANE, INC.), Re-
spondents**

**No. 4 MAL 2017**

Supreme Court of Pennsylvania.

May 16, 2017

## ORDER

PER CURIAM

**AND NOW,** this 16th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**